THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VACO LLC and VACO SEATTLE LLC, | Case No. 2:26-cv-00024-BJR |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO REMAND CASE TO STATE COURT** |
| v. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

Having considered the Stipulated Motion to Remand Case to State Court and the papers and pleadings on file in this matter, the Court finding good cause, hereby ORDERS as follows:

1.      The Stipulated Motion to Remand Case to State Court is GRANTED.

2.      The Clerk is hereby DIRECTED to take such steps as are necessary to facilitate remand of this matter to the Superior Court of the State of Washington for the County of King.

DATED this 4th day of February, 2026.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO REMAND CASE TO STATE COURT – 1

151864133.5 0084860-00001 Include Draft

Presented By:

STOEL RIVES LLP

/s/ *Seth H. Row*
SETH H. ROW, WSBA No. 32905
seth.row@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

ORDER GRANTING STIPULATED MOTION TO REMAND CASE TO STATE COURT – 2

151864133.5 0084860-00001 Include Draft

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER GRANTING STIPULATED MOTION TO REMAND CASE TO STATE COURT** on the following named person(s) on the date indicated below by

☐    mailing with postage prepaid

☐    hand delivery

☐    facsimile transmission

☐    overnight delivery

☐    email

☒    notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last known address(es) indicated below.

Jonathan Toren
jtoren@cozen.com
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA  98101

DATED:  January 12, 2026

STOEL RIVES LLP

/s/ Seth H. Row
SETH H. ROW, WSB No. 32905
Telephone:  503.224.3380

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE - 1